IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**CURTIS LEON TAYLOR, SR.,**

    Plaintiff,

v.                                                        Civil Action No. **3:10CV45**

**TIMOTHY M. CAINE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate, submitted this action and requested leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Plaintiff has at least three actions or appeals that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief could be granted. *See Taylor v. Mardavich*, No. 02-6009 (4th Cir. Apr. 9, 2002) (denying *in forma pauperis* status). The allegations of Plaintiff's complaint did not demonstrate that he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915.

Accordingly, by Memorandum Order entered on February 23, 2010, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed Plaintiff to pay the full filing fee within eleven (11) days of the date of entry thereof.

Over eleven (11) days have elapsed since the entry of the February 23, 2010 Memorandum Order. Plaintiff has not paid the filing fee. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
James R. Spencer
Chief United States District Judge

Date: 3-19-10
Richmond, Virginia